UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 09-311 |
| WALTER HASKELL | : | <u>ORDER FOR PYSCHIATRIC OR PSYCHOLOGICAL EVALUATION</u> |

This matter having been opened to the Court on the joint application of defendant Walter Haskell (Patrick McMahon, Assistant Federal Public Defender, appearing) and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Eric T. Kanefsky, Assistant U.S. Attorney, appearing), and the Court having found, pursuant to 18 U.S.C. § 4241 that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

IT IS, therefore, on this __9__ day of June 2009,

ORDERED that pursuant to 18 U.S.C. § 4247(b) that the United States Marshals submit the defendant for a psychiatric or psychological evaluation and that a psychiatric or psychological report be prepared and provided to the Court and the parties as set forth in 18 U.S.C. §4247(c);

It is further ORDERED that the time from the date of this Order until such time as the evaluation is completed be

1

excluded for the purposes of the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(1)(A).

                                                HON. WILLIAM H. WALLS
                                                United States District Judge