UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-311 (WHH)
:
v. : Hon. William H. Walls
:
WALTER HASKELL : <u>CONTINUANCE ORDER</u>

A criminal indictment charging the defendant with committing bank robbery by force or violence, in violation of 18 U.S.C. Sections 2113(a), 2113(d) and 2, having been returned on April 22, 2009; and the defendant being represented by Patrick McMahon, Esq., Assistant Federal Public Defender; and the defendant having been arraigned by this Court on June 1, 2009, and the Court ordering a psychiatric or psychological evaluation to determine if the defendant is fit to stand trial on June 9, 2009; and the defendant having been deemed fit to stand trial pursuant to a report by Dr. William J. Ryan, Ph.D, dated August 3, 2009; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of his arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the parties hereby request a continuance of sixty (60) days pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the parties to engage in plea negotiations and try to resolve this matter without trial;

IT IS on this ___31___ day of August, 2009,

ORDERED that from the date this Order is entered, to and including October 24, 2009, shall be excluded in calculating the time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE WILLIAM H. WALLS
United States District Judge

SEEN AND AGREED:

Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

Patrick McMahon, Esq., AFPD
Counsel for Walter Haskell