UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 09-311 |
| WALTER HASKELL | : | ORDER |

This matter having been opened to the Court on the joint application of defendant Walter Haskell and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Eric T. Kanefsky, Assistant U.S. Attorney, appearing), and the Court having found that the defendant should be transferred from Hudson County Correctional Facility to the Metropolitan Detention Center located in Brooklyn, New York and remain there until further order of this Court;

IT IS, therefore, on this __9__ day of October 2009,

ORDERED that the United States Marshals transfer the defendant to Metropolitan Detention Center located in Brooklyn, New York.

_____
HON. WILLIAM H. WALLS
United States District Judge

1