UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-311 (WHH)
:
v. : Hon. William H. Walls
:
WALTER HASKELL : CONTINUANCE ORDER

A criminal indictment charging the defendant with committing bank robbery by force or violence, in violation of 18 U.S.C. Sections 2113(a), 2113(d) and 2, having been returned on April 22, 2009; and the defendant having been represented by Patrick McMahon, Esq., Assistant Federal Public Defender; and the defendant requesting the appointment of new counsel and the Court having recently appointed Stephen Dratch, Esq. as defendant's new attorney; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of his arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the parties hereby request another continuance of sixty (60) days pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the parties to engage in plea negotiations and try to resolve this matter without trial;

IT IS on this ___4___ day of ~~October~~ November, 2009,

ORDERED that from the date this Order is entered, to and including December 24, 2009, shall be excluded in calculating the

OCT-21-2009 12:25 From: To:919739927945 P.3/3

time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE WILLIAM H. WALLS
United States District Judge

SEEN AND AGREED:

Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

Stephen Dratch, Esq.
Counsel for Walter Haskell

Received Time Oct. 21. 12:22PM