NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>WALTER HASKELL,<br><br>         Defendant. | **ORDER**<br><br>Cr. No. 09-00311 (WHW) |

**Walls, Senior District Judge**

  IT IS on this 17th day of August, 2010,

  ORDERED that defendant's motion for a hearing to determine the mental competency of the defendant is GRANTED pursuant to 18 U.S.C. § 4241(a). The hearing will take place on October 26, 2010 at 9:30 a.m.

  IT IS FURTHER ORDERED that defendant undergo a psychiatric or psychological examination and that a psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. § 4241(b), and 4247(b) and (c) before the date of the hearing.

                     s/William H. Walls_____
                      United States Senior District Judge

cc:  All counsel of record (by CM/ECF)
    Walter Haskell (by USPS)