# UNITED STATES DISTRICT COURT

## District of New Jersey

Chambers of
**William H. Walls**
District Judge
_____

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

November 8, 2010

Via ECF

Re:   *United States of America v. Walter Haskell*; Cr. No. 09-311 (WHW)

Dear Counsel:

On August 17, 2010 the Court ordered that the defendant undergo a psychiatric or psychological examination and that a report be submitted to the Court in order to assist in determining his mental competency. The Court scheduled a hearing to determine the defendant's mental competency for October 26, 2010.

As of October 16, 2010, the defendant had not had the examination ordered by the Court. Defendant's counsel requested that the October 26 hearing be adjourned for at least one month to allow the examination and report to be completed and submitted.  The Court adjourned the hearing until November 23, 2010.

Last week, the Court received a letter from the defendant's psychologist at the Bureau of Prisons requesting until November 20, 2010 to examine the defendant.  Based on a telephone conversation between the psychologist and Chambers, the psychologist will need several weeks past November 20 to complete the report.  Accordingly, the hearing to determine the defendant's mental competency is adjourned until Monday, January 3, 2011 at 9:30 a.m.

The Court notes that any delay resulting from the examination to determine the mental competency of the defendant shall be excluded in computing the time within which the trial must commence and that the ends of justice are served by permitting the psychologist adequate time to complete the report.  *See* 18 U.S.C. §§ 3161 (h)(1)(A) and (h)(7)(A).

Sincerely,

**/s/William H. Walls**

United States Senior District Judge