UNITED STATES DISTRICT COURT -DISTRICT OF NEW JERSEY
UNITED STATES v WALTER HASKELL

Honorable William H. Walls
Criminal Number 09-311
ORDER

THIS MATTER having been opened to the Court on the letter application of defendant Walter Haskell, by Stephen N. Dratch, Esq. of Franzblau Dratch, P.C., who has been appointed to represent the defendant, upon notice to Assistant United States Attorney Eric T. Kanefsky of the Office of the United States Attorney for the District of New Jersey, and the Court having found that the defendant should be transferred from the Metropolitan Detention Center located in Brooklyn, New York to the Hudson County Correctional Facility, and remain there until further Order of the Court;

IT IS therefore, on the ___9___ day of ___June___, 2011,

ORDERED that the United States Marshals transfer the defendant to the Hudson County Correctional Facility.

_____
Honorable William H. Walls